UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #:
DATE FILED: 11/13/19

-------------------------------------------------------------------x
DAVID LOBATO,

                Plaintiff,

v.

APEX MANAGEMENT GROUP, DAVID
SHULL, COLIN STEPUSZEK AND
CHRISTOPHER STEPUSZEK,

                Defendants.

-------------------------------------------------------------------x

**ORDER**

19 CV 8339 (VB)

On October 25, 2019, following an on-the-record conference at which defendant's counsel and plaintiff pro se appeared, the Court ordered that by November 8, 2019, either (i) the parties file a stipulation, in which the parties consent to remand of the case to New York Supreme Court, Westchester County, and plaintiff agrees not to seek damages exceeding $75,000, or (ii) defendants file a motion to dismiss plaintiff's complaint. (Doc. #11).

The parties have not filed a stipulation and defendants have not moved to dismiss this action. The Court reminds the parties that its Orders are not mere suggestions.

The Court sua sponte extends the parties' time to comply with the October 25, 2019, Order to November 20, 2019. Compliance with this Order, and any other Order, is mandatory.

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 13, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge