UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LOBATO,

     Plaintiff,

-against-          Case No. 7:19-cv-08339-VB

APEX MANAGEMENT GROUP,    ORDER OF DISMISSAL
DAVID SHULL, COLIN STEPUSZEK   WITH PREJUDICE
AND CHRISTOPHER STEPUSZEK,

     Defendants.

THIS CASE coming before the Court on motion by Defendants Apex Management Group I, Inc., David Shull, Colin Stepuszek and Christopher Stepuszek, to dismiss this case and all claims pleaded herein with prejudice and without costs pursuant to the attached written stipulation by and between the parties filed of record;

IT IS HEREBY ORDERED that the motion to dismiss should be and is granted and that this case and all claims pleaded herein are dismissed with prejudice and without costs pursuant to written stipulation by and between the parties.

Dated: 11/14/19         _____
                 United States District Judge

Clerk is instructed to terminate the motions (Docs. ## 13, 16), and mail a copy of this order to plaintiff at the address on the docket;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LOBATO,

        Plaintiff,

-against-                         Case No. 7:19-cv-08339-VB

APEX MANAGEMENT GROUP,        **STIPULATION TO DISMISS**
DAVID SHULL, COLIN STEPUSZEK
AND CHRISTOPHER STEPUSZEK,

        Defendants.

Plaintiff, DAVID LOBATO, and Defendants, APEX MANAGEMENT GROUP I, INC., DAVID SHULL, COLIN STEPUSZEK AND CHRISTOPHER STEPUSZEK, do hereby stipulate and agree to the dismissal of this case and all pleaded claims in the above-captioned action with prejudice and without costs, all matters in controversy between them having been settled and resolved.

/s/ David A. Belofsky
David A. Belofsky
Counsel for Defendants
David A. Belofsky & Associates, Ltd.
150 North Michigan Avenue, Suite 1230
Chicago, Illinois 60601
Tel: (312) 759-3737
Fax: (312) 759-1262
Email: david@belofsky.com

David Lobato
Plaintiff Pro Se
177 Pembrook Drive
Yonkers, New York 10710